UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 10-CV-3095 |
| ) | |
| RICK A. WASHAM and ) | |
| JODY L. WASHAM, ) | |
| ) | |
| Defendants. ) | |

BEFORE U.S. MAGISTRATE JUDGE BYRON G. CUDMORE:

REPORT AND RECOMMENDATION

A Motion to Enter Judgment (d/e 11) was filed September 29, 2010. A review of the record herein reveals that a Complaint was filed on April 27, 2010 (d/e 1). On June 15, 2010, a Waiver of Service signed by Defendant Jody L. Washam was filed (d/e 5). On August 11, 2010, Summons was filed showing service upon Defendant Rick A. Washam (d/e 7). No pleadings have been filed by either Defendant and default was entered against Defendants Rick A. Washam and Jody L. Washam on September 20, 2010 (d/e 9).

The Motion to Enter Judgment (d/e 11) was scheduled for hearing before the undersigned on October 27, 2010, at 10:30 a.m. Notice of Hearing (d/e 13) was sent by Plaintiff to both Defendants. Neither

Defendant responded to the motion. Neither Defendant appeared at the hearing.

The Court has reviewed the motion, the supporting affidavits, the file herein, and now RECOMMENDS pursuant to authority conferred under 28 U.S.C. § 636(b)(1)(B) that the Motion to Enter Judgment (d/e 11) be allowed and a Default Judgment of Foreclosure, consistent with "Exhibit A" attached to Plaintiff's Notice (d/e 13), be entered herein.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within fourteen days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986). See Local Rule 72.2.

ENTER: October 27, 2010

_____s/ Byron G. Cudmore_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE